IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02690-KLM

TATYANA MASKAEVA,

    Plaintiff,

v.

PORTERCARE/PORTER ADVENTIST HEALTH SYSTEM,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion for Leave to Withdraw from Limited Scope Representation Pursuant to D.C.COLO.LAttyR 5(b)** [#21] (the "Motion"), filed by limited-scope counsel for Plaintiff, Attorney Philip Nickerson ("Nickerson"). The Court finds that the Motion complies with the requirements set forth in D.C.COLO.LAttyR 5(b). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Attorney Nickerson is relieved of any further representation of Plaintiff in this case. The Clerk of Court is instructed to terminate Attorney Nickerson as counsel of record, and to remove this name from the electronic certificate of mailing.

    Because Plaintiff will now be proceeding pro se, the Court hereby notifies her that she is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992).

    In accordance with the Court's discussion with the parties at the Scheduling Conference held on December 22, 2020, *see Minutes* [#20],

    IT IS FURTHER **ORDERED** that, pursuant to D.C.COLO.LCivR 41.2, the Clerk of Court shall **administratively close** this case. The case is subject to reopening on a showing of good cause.

    Dated:  December 23, 2020